UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

S.Y. and C.S.,

      Plaintiffs,

v.                                                                    CASE NO. 2:20-cv-00118-TPB-MRM

NAPLES HOTEL COMPANY, a Florida
Corporation d/b/a GULFCOAST INN
NAPLES, *et al.*,

      Defendants.

_____/

## DEFENDANTS, CSM RI NAPLES LLC'S AND CSM CORPORATION'S CERTIFICATE

## OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested person's order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**Response:**

S. Y. (Plaintiff)

C.S. (Plaintiff)

Sharon M. Hanlon , Esq.
*Attorney for Plaintiffs (Lead)*

Yale Taitz Freeman , Esq.
*Attorney for Plaintiffs (Lead)*

Brian J. Perkins, Esq.
*Attorney for Plaintiffs (Pro Hac Vice)*

Diana Yastrovskaya, Esq.
*Attorney for Plaintiffs (Pro Hac Vice)*

Michael A. London, Esq.
*Attorney for Plaintiffs (Pro Hac Vice)*

Naples Hotel Company d/b/a Gulfcoast Inn Naples

The Gulfcoast Inn of Naples Owners Assoc., Inc.
Inn of Naples, LLC

Naples Garden Inn, LLC d/b/a Naples Garden Inn

Inn of Naples

Cristobal A. Casal , Esq.
*Attorney for Naples Hotel Company d/b/a Gulfcoast Inn Naples; The Gulfcoast Inn of Naples Owners Association, Inc.; Defendant, Inn of Naples, LLC; Naples Garden Inn, LLC d/b/a Naples Garden Inn; and Inn of Naples (Lead)*

Choice Hotels International, Inc. d/b/a Comfort Inn & Executive Suites d/b/a Quality Inn & Suites Golf Resort

Kyle A. Diamantas, Esq.
*Attorney for Choice Hotels International, Inc. d/b/a Comfort Inn & Executive Suites d/b/a Quality Inn & Suites Golf Resort (Lead)*

Samuel L. Felker, Esq.
*Attorney for Choice Hotels International, Inc. d/b/a Comfort Inn & Executive Suites d/b/a Quality Inn & Suites Golf Resort (Lead)*

Sara M. Turner, Esq.
*Attorney for Choice Hotels International, Inc. d/b/a Comfort Inn & Executive Suites d/b/a Quality Inn & Suites Golf Resort (Pro Hac Vice)*

Intercontinental Hotels Group Resources, LLC d/b/a Holiday Inn Express d/b/a Staybridge Suites

Grant E. Schnell, Esq.
*Attorney for Intercontinental Hotels Group Resources, LLC d/b/a Holiday Inn Express d/b/a Staybridge Suites (Lead)*

Michael A. Holtmann, Esq.
*Attorney for Intercontinental Hotels Group Resources, LLC d/b/a Holiday Inn Express d/b/a Staybridge Suites (Lead)*

William N. Shepherd, Esq.
*Attorney for Intercontinental Hotels Group Resources, LLC d/b/a Holiday Inn Express d/b/a Staybridge Suites (Lead)*

John M. Hamrick, Esq.
*Attorney for Intercontinental Hotels Group Resources, LLC d/b/a Holiday Inn Express d/b/a Staybridge Suites (Pro Hac Vice)*

Marriott International, Inc. d/b/a Residence Inn by Marriott

Amanda Reagan, Esq.
*Attorney for Marriott International, Inc.d/b/a Residence Inn by Marriott (Lead)*

Ellen E. Dew, Esq.
*Attorneys for Marriott International, Inc. d/b/a Residence Inn by Marriott (Lead)*

Michael P. O'Day, Esq.
*Attorney for Marriott International, Inc. d/b/a Residence Inn by Marriott (Pro Hac Vice)*

Wyndham Hotels & Resorts, Inc. d/b/a Super 8 by Wyndham d/b/a La Quinta Inn d/b/a Ramada by Wyndham Naples d/b/a Days Inn

David S. Sagar, Esq.
*Attorney for Wyndham Hotels & Resorts, Inc. d/b/a Super 8 by Wyndham d/b/a La Quinta Inn d/b/a Ramada by Wyndham Naples d/b/a Days Inn (Lead)*

La Quinta Properties, Inc. d/b/a La Quinta Inn
Corepoint Lodging, Inc. d/b/a La Quinta Inn

LQ FL Properties, LLC d/b/a La Quinta Inn f/k/a CPLG FL Properties

J. Trumon Phillips,
*Attorney for Wyndham Hotels & Resorts, Inc. d/b/a Super 8 by Wyndham d/b/a La Quinta Inn d/b/a Ramada by Wyndham Naples d/b/a/ Days Inn; La Quinta Properties, Inc. d/b/a La Quinta Inn; Corepoint Lodging, Inc. d/b/a La Quinta Inn; LQ FL Properties, LLC d/b/a La Quinta Inn fka CPLG FL Properties (Lead)*

Uomi & Kudai, LLC d/b/a Spinnaker Inn

Shivparvti, LLC d/b/a Sunrise Motel

Holistic Health Healing, Inc. d/b/a Conty's Motel

Jay Varahimata Investments, LLC d/b/a Glades Motel

Seasonal Investments, Inc. d/b/a Fairways Inn of Naples

Parkshore Resort Condo Assoc., Inc. d/b/a Parkshore Resorts

Brooke E. Beebe, Esq.
*Attorney for Uomi & Kudai, LLC d/b/a Spinnaker Inn; Shivparvti, LLC d/b/a Sunrise
Motel; Holistic Health Healing, Inc. d/b/a Conty's Motel; Jay Varahimata Investments,
LLC d/b/a Glades Motel; and Seasonal Investments, Inc. d/b/a Fairways Inn of Naples,
Parkshore Resort Condo Assoc., Inc. d/b/a Parkshore Resorts (Lead)*

Daniel A. Shapiro, Esq.
*Attorney for Uomi & Kudai, LLC d/b/a Spinnaker Inn; Shivparvti, LLC d/b/a Sunrise
Motel; Holistic Health Healing, Inc. d/b/a Conty's Motel; Jay Varahimata Investments,
LLC d/b/a Glades Motel (Lead)*

Shree Sidddhivinayak Hospitality, LLC d/b/a Days Inn

Gordon R. Duncan, Esq.
*Attorney for Shree Siddhivinayak Hospitality, LLC d/b/a Days Inn (Lead)*

HIE Tollgate Blvd., LLC d/b/a Holiday Inn Express

Donald G. Peterson, Esq.
*Attorney for HIE Tollgate Blvd., LLC d/b/a Holiday Inn Express (Lead)*

Naples CFC Enterprises, Ltd. d/b/a Staybridge Suites

Jocelyn A. Ramos, Esq.
*Attorneys for Naples CFC Enterprises, Ltd. d/b/a Staybridge Suites (Lead)*

Sunstream Hotels & Resorts, LLC d/b/a Parkshore Resorts

Andrew F. Russo, Esq.
*Attorneys for Sunstream Hotels & Resorts, LLC d/b/a Parkshore Resorts(Lead)*

Christopher W. Wadsworth, Esq.
*Attorneys for Sunstream Hotels & Resorts, LLC d/b/a Parkshore Resorts(Lead)*

Gregory D. Jones, Esq.
John A.C. Guyton, III, Esq.
*Attorneys for Sunstream Hotels & Resorts, LLC d/b/a Parkshore Resorts(Lead)*

J. Marcos Martinez, Esq.
*Attorneys for Sunstream Hotels & Resorts, LLC d/b/a Parkshore Resorts(Lead)*

Michael J. Corso, Esq.
*Attorneys for CSM RI Naples, LLC d/b/a Residence Inn by Marriott and CSM Corporation d/b/a Residence Inn by Marriott*

Geraldo F. Olivo, III, Esq.,
*Attorneys for CSM RI Naples, LLC d/b/a Residence Inn by Marriott and CSM Corporation d/b/a Residence Inn by Marriott*

Best Western International, Inc. d/b/a Best Western Naples Plaza Hotel

R & M Real Estate Co., Inc. d/b/a Best Western Naples Plaza Hotel d/b/a Comfort Inn & Executive Suites

Hanuman of Naples, LLC d/b/a Days Inn

Mukesh Patel

Jocelyne Plaisance

Kalyn Lipka

Kurt Kallies

Kenneth Oliver, Esq.
*Attorney for Hanuman of Naples, LLC d/b/a Days Inn*

H.I. Naples, LLC d/b/a Days Inn

Residence Inn by Marriott, LLC

CSM RI Naples, LLC d/b/a Residence Inn by Marriott

CSM Corporation d/b/a Residence Inn by Marriott

Laxmi of Naples, LLC d/b/a Super 8 by Wyndham

Rist Properties, LLC d/b/a Ramada by Wyndham Naples

Laporta Florida Center, LLC d/b/a Naples Garden Inn

Sea Shell Management, LLC d/b/a Sea Shell Motel

Clayton Plaza, LLC d/b/a Sea Shell Motel

Robert Vocisano Co-Tr d/b/a Best Western Naples Plaza Hotel

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Response: None.**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Response: None.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Response: S.Y. and C.S.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this ___3rd___ day of August, 2020.

> HENDERSON, FRANKLIN, STARNES
>   & HOLT
> Attorneys for CSM RI Naples, LLC d/b/a Residence
> Inn by Marriott and CSM Corporation d/b/a
> Residence Inn by Marriott
> Post Office Box 280
> Fort Myers, Florida 33902-0280
> Telephone: 239.344.1346
> Facsimile: 239.344.1501
> Primary: jerry.olivo@henlaw.com
> Secondary: sandra.santiago@henlaw.com

By: */s/ Geraldo F. Olivo*

Geraldo F. Olivo, III
Florida Bar No.  60905

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  3rd        day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to all counsel of record.

By: */s/ Geraldo F. Olivo*

Geraldo F. Olivo, III