IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S.Y.,

    Plaintiff,

v.

CHOICE HOTELS INTERNATIONAL, INC. and ROBERT VOCISANO,

    Defendants.

CASE NO.
2:20-CV-00118-JES-KCD

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to the above-captioned lawsuit, S.Y., Robert Vocisano and Choice Hotels International, Inc., by and through their undersigned attorneys, have amicably settled their differences in this case and hereby stipulate to the dismissal of this action in its entirety with prejudice and with each party to bear their own attorneys' fees and costs. This Court shall retain jurisdiction to enforce that certain Settlement Agreement executed by the parties in May 2022.

DATED this 2nd day of August 2022.

| | |
|---|---|
| **DOUGLAS & LONDON, P.C.** | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
| By: /s/ Randolph Janis<br>Randolph Janis, Esq.<br>***LEAD TRIAL COUNSEL for Plaintiff S.Y.***<br>rjanis@douglasandlondon.com | By: /s/ Sara M. Turner<br>Sara M. Turner, Esq.<br>***LEAD TRIAL COUNSEL for Defendant, Choice Hotels International, Inc.*** |

| | |
|---|---|
| 59 Maiden Lane, 6th floor<br>New York, New York 10038<br>(212) 566-7500 | smturner@bakerdonelson.com<br>420 20th Street North, Suite 1400<br>Birmingham, Alabama 35203<br>(205) 328-0480 |

**COLEMAN, HAZZARD, TAYLOR, KLAUS, DOUPÉ & DIAZ, P.A.**

By: /s/ Christyna Torrez
    Christyna M. Torrez, Esq.
    Florida Bar No. 042671
    ctorrez@chtlegal.com
    **LEAD TRIAL COUNSEL** *for*
    *Robert Vocisano*
    4099 Tamiami Trail N, Suite 201
    Naples, FL 34103
    239-298-5200

## CERTIFICATE OF SERVICE

    ***I HEREBY CERTIFY*** that on this 2nd day of August, 2022 the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    COLEMAN, HAZZARD, TAYLOR,
    KLAUS, DOUPÉ & DIAZ, P.A.

By: /s/ Christyna Torrez
    Christyna M. Torrez, Esq.
    Florida Bar No. 042671