UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

S.Y.,

    Plaintiff,

v.                      Case No: 2:20-cv-118-JES-KCD

CHOICE HOTELS INTERNATIONAL,
INC. and ROBERT VOCISANO,

    Defendants.

_____

**ORDER**

On August 3, 2022, the parties were directed to file a response or memorandum if they wished the Court to retain jurisdiction. (Doc. #390.) Finding no response or memorandum filed, the Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the case with prejudice, and the Court will not retain jurisdiction to enforce the settlement. The Clerk is further directed to terminate any pending motions and previously scheduled deadlines and to close the case.

**DONE and ORDERED** at Fort Myers, Florida, this __15th__ day of August 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record